**\*E-FILED 06-13-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD EUGENE VILLEGAS, | No. C11-02708 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |
| v. | |
| JOHN SCHON and THOMAS VINCENT KELLEY, | |
| Defendants. | |

Upon review of the file, it appears that this action should have been opened as a habeas corpus matter (Nature of Suit Code 530). The Clerk of the Court shall modify the Nature of Suit Code accordingly and then reassign this case to a District Court Judge.

SO ORDERED.

Dated: June 13, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | 5:11-cv-002708-HRL Notice mailed to:

2 | Edward Eugene Villegas
1207 Lancelot Lane
3 | San Jose, CA 95127

**United States District Court**
For the Northern District of California