United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD EUGENE VILLEGAS,          )    No. C 11-2708 JSW (PR)
                                 )
              Petitioner,        )    **ORDER DENYING LEAVE TO FILE**
                                 )    **MOTION FOR RECOSNISDERATION**
     vs.                         )
                                 )
TOMAS V. KELLEY,                 )
                                 )
              Respondent.        )    (Docket No. 12)
                                 )
_____  )

     Petitioner, proceeding pro se, was convicted of a sex offense in 1981 and

completed his sentence prior to filing the instant habeas corpus petition in which he

challenges both his state court conviction and his continued obligation under state law to

register as a sex offender.  The petition was dismissed because his "merely being subject

to a sex offender registry requirement does not satisfy the 'in custody' requirement" for

federal habeas jurisdiction.  *Zichko v. Idaho*, 247 F.3d 1015, 1020 (9th Cir. 2001).  He

has filed a motion in which he requests reconsideration of the dismissal order.  The

supporting memorandum challenges his conviction and sex offender status, and includes

a "complaint" under the Freedom of Information Act.  As petitioner does not address the

dismissal order or otherwise show how the Court has jurisdiction over the petition, his

motion for reconsideration (docket number 12) is DENIED.

     IT IS SO ORDERED.

DATED:  February 1, 2012

                                        _____
                                        JEFFREY S. WHITE
                                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. VILLEGAS,

       Plaintiff,

  v.

KELLEY, ET AL. et al,

       Defendant.

_____/

Case Number: CV11-02708 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Eugene Villegas
1207 Lancelot Land
San Jose, CA 95127

Dated: February 1, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court

For the Northern District of California